7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Christopher Neil Shadwick
*Debtor*

*Bankruptcy Case No.*
15−30579−can7

**World's Foremost Bank**
   Plaintiff(s)

*Adversary Case No.*
16−03002−can

v.

**Christopher Neil Shadwick**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: 1.That the Defendant, Christopher Neil Shadwick, is in default.
2.That the amount of $4,942.22, which is a portion of the balance owed by Defendant to Worlds Foremost Bank on credit card account ending in 3263, plus court costs of $350.00 for a total of $5,292.22, plus interest is nondischargeable and shall not be discharged in the Defendants Chapter 7 bankruptcy, Case No. 15−30579−can7.
3.Plaintiff is entitled to a Judgment against the Defendant in the amount of $5,292.22, with interest at the rate provided for by Federal law.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 4/11/16

Court to serve